

# CIVIL RIGHT COMPLAINT Jamie Jameson

1 message

**amos lamb** <amoslamb82@gmail.com>                                           Fri, Feb 18, 2022 at 10:38 AM
To: office@print102.com

FILED
JAMES J. VILT, JR. - CLERK

FEB 28 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
Western District of Kentucky
Paducah Kentucky
Case No.     5: 22-CV-30-TBR

Amos  Lamb
  Plaintiff

                    CIVIL RIGHT COMPLAINT


v.


Jamie Jameson
Calloway county Circuit Judge
Sued in his individual & official capacity.

JURISDICTIONAL FACTS

 1. This action arises under the Civil Right Act of 1871 (Title
Title 42.U.S.C. Sections 1983 and 1985) & Title 18 USC 1001 (a) (1-3) as
hereinafter more fully appears,(but not limited to theses) in the
Fourth, Sixth, Eighth, Thirteenth, and
Fourteenth Articles generally known in Amendments to the constitution
for the United States of America. This Court has Jurisdiction under
Title 28 USC Sections 1331 & 1343.

 2. This matter in controversy exceeds $100.000.00 exclusive of
interest and costs.

 3.  Amos  Lamb is the proper party, appearing in PROPRIA
PERSONA. to bring this suit, and is a natural person who resides in
Calloway County, Kentucky.

 PARTIES.
Name of Plaintiff: Amos  Lamb.
Mailing Address for the Plaintiff P.O Box 153 New Concord Kentucky. (
42076) 270 436 5235.

Name of defendants; Jamie Jameson,

(1) Defendant Jamie Jameson
312 North 4th st. Murray Kentucky 42071
and resides in or around Marshall & Calloway  county Kentucky. And
is a citizen of the United States of America. Defendant Jamie Jameson
at the time of the matters which give rise to the allegations contain
herein was employed by 42 judicial Circuit , as a Kentucky Circuit Judge  & Acted
under color of law, regulations, customs, & usages.
 . The defendant is being sued in his individual, & official capacity.

CASE HISTORY AGAINST JAMIE JAMESON MARSHALL- CALLOWAY CIRCUIT JUDGE

ON or about July 26-2021 I was arrested on a bench warrant dated 12-07-2017 for failure to appear for arraignment on 12-05-2017 signed by Circuit Judge Jamie Jameson  see Exhibit A

Of which I had never been notified that the case even existed.. See Exhibit B.

At the Arraignment on Aug. 03  the Commonwealth Attorney, &  Defendant Jamie Jameson both admitted that a summons had been issued & I had never been served, & that I had not failed to appear on any court date that I had been given notice of. See Exhibit C. Page 10 & 11 in the Transcript of the hearing for the arraignment on 08-03-2021.  Also Judge Jamie Jameson admitted that there shouldn't have  been any charge of failure to appear. See Exhibit C. page 12, in the Transcript line 7& 8.

I was held without bond the first day, When Jameson set Bond it was set at a Hundred thousand.dollars. I was in Jail NINE days before I had a Court appearance & the bond was lowered to twenty five hundred dollars, And I was able to get out. I was also required to wear a High risk  ankle monitor.  My son filed a petition for Habeas Corpus, & defendants; Jamie Jameson refused to hear it. I WAS IN JAIL TEN DAYS BECAUSE OF THE CHARGE OF FAILURE TO APPEAR. On 08-10-2021 a motion was filed by the Commonwealth's Attorney to dismiss the indictment because there was not enough evidence to prove guilt beyond a reasonable doubt. See exhibit D. All charges were dismissed on 08-17-2021. While the Bench warrant is dated 12-07-2017, & defendant  Judge Jamie Jameson ACCUSED ME at the arraignment hearing of being out of the country, & claimed I was a flight risk.See Exhibit C. page 9, line 25. This plaintiff updated his driver's license in June of 2020 See Exhibit E. Also I was given a citation on July 08-2021. where they checked my driver's license, and nothing came back about a bench warrant. See Exhibit F. Also the day I was arrested 07-26-2021. The sheriff's department was waiting for me about a hundred yards from my home.  I could have been served papers most anytime.   The sheriff's department knows where I live. It appears that they were not given any papers until sometime after July-08-2021.

RELIEF SOUGHT

   WHEREFORE, plaintiff requires judgment against the Defendant Circuit Judge Jamie Jameson  of Marshall & Calloway  county Kentucky. in his individual. &
official capacity as follows;

1. For compensatory damages for the $30.00 a day that the Jail charges  for being there. For what was charged for the ankle monitor. And for filing fees & cost of this Complaint. for having  been arrested on false failure to appear charge, that Judge Jamie Jameson knew or should have known that it was a false charge, but did not care if  it was true or not.

 2. For punitive damages in the amount of ten million ($10,000,000.00)

3. trial by jury;

(

Dated 02-22 -2022          Civilly presented by

Amos; Lamb
PO Box 153 New Concord Kentucky
Phone 270 436 5235